WOODLEY, Judge.

Charged with the sale of whisky in a dry area, appellant waived trial by jury and entered his plea of guilty before the court. The punishment was assessed at a fine of $200 and 30 days in jail.

The record is before the court without a statement of facts or bills of exception. The proceedings appear regular and nothing is presented for review.

The judgment is affirmed.

BELCHER, Commissioner.

Appellant was convicted for the unlawful sale of intoxicating liquor in a dry area, and his punishment was assessed at six months in jail and a fine of $250.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.

## WILEY v. STATE.
### No. 26839.

Court of Criminal Appeals of Texas.

Feb. 17, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

## DAUGHERTY v. STATE.
### No. 26837.

Court of Criminal Appeals of Texas.

Feb. 17, 1954.

Geo. S. Berry, Thomas L. Clinton, Lubbock, for appellant.

Wesley Dice, State's Atty., Austin, for the State.